IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES B. GOODMAN | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-cv-03232 |
| | § | |
| | § | |
| ASUS COMPUTER INTERNATIONAL, INC. | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## UNOPPOSED MOTION TO SEAL

Defendant Asus Computer International, Inc. ("ACI") seeks permission to file its Rule 12(b)(6) Motion to Dismiss and Rule 11 Motion for Sanctions under seal. Plaintiff James B. Goodman does not oppose this motion. In support of this motion, ACI states as follows:

1. Mr. Goodman and ACI are parties to the above-captioned case;

2. ACI's response to Mr. Goodman's complaint is due January 27, 2017;

3. Through the course of discussions between the parties, Mr. Goodman has produced confidential licensing information to ACI;

4. By necessity, ACI's Motion to Dismiss and exhibits quote and refer to material designated as "Confidential – Outside Attorneys' Eyes Only," per agreement between the parties. ACI's Motion to Dismiss and exhibits are filed under seal at Dkt. 10.

5. By necessity, ACI's Motion for Sanctions and exhibits quote and refer to material designated as "Confidential – Outside Attorneys' Eyes Only," per agreement

between the parties. ACI's Motion for Sanctions and exhibits are filed under seal at Dkt. 11.

6. Good cause exists to permit ACI to file its Motion to Dismiss and Motion for Sanctions under seal.

For the foregoing reasons, Defendant ACI respectfully requests this Court grant permission to file the Motion to Dismiss, Motion for Sanctions, and Exhibits under seal and request that the Court maintain under Seal the Motions and respective Exhibits.

## CERTIFICATE OF CONFERENCE

Counsel for Defendant ASUS Computer International, Inc. conferred with Counsel for Plaintiff James B. Goodwin regarding the issues presented in this Motion. Counsel for Plaintiff James B. Goodwin indicated that Plaintiff is opposed to the relief sought by this Motion.

/s/ *Michelle L. Marriott*

                Respectfully submitted,

                By: /s/ *Michelle L. Marriott*
                    Michelle L. Marriott (Pro Hac Vice Pending)
                    ATTORNEY IN CHARGE
                    Kansas Bar No. 21784
                    Texas Bar No. 24043802 (inactive)
                    Email: michelle.marriott@eriseip.com
                    ERISE IP, P.A.
                    6201 College Blvd., Suite 300
                    Overland Park, Kansas  66211
                    Telephone:   (913) 777-5600
                    Facsimile:    (913) 777-5601

OF COUNSEL:
Eric A. Buresh
(Pro Hac Vice Pending)
Kansas Bar No. 19895
Email:  eric.buresh@eriseip.com
Caroline A. Bader (Pro Hac Vice Pending)
Kansas Bar No. 24436
Email:  carrie.bader@eriseip.com
ERISE IP, P.A.
6201 College Blvd. Suite 300
Overland Park, Kansas 66211

                By: /s/  *Wesley G. Lotz*
                    Wesley G. Lotz
                    State Bar No. 24046314
                    Southern District I.D. No. 584646
                    Email: wlotz@fulkersonlotz.com
                    Fulkerson Lotz LLP
                    4511 Yoakum Blvd., Suite 200
                    Houston, Texas 77006-5821
                    Telephone: 713.654.5800
                    Facsimile: 713.654.5801

OF COUNSEL:
Nicholas Brown
State Bar No. 24092181
Southern District I.D. No. 2725667
Email: nbrown@fulkersonlotz.com
FULKERSON LOTZ LLP
4511 Yoakum Blvd., Suite 200
Houston, Texas 77006

                    ***ATTORNEYS FOR DEFENDANT***
                    ***ASUS COMPUTER INTERNATIONAL***

## **CERTIFICATE OF SERVICE**

The undersigned certifies a true and correct copy of the foregoing document will be automatically accomplished on all known Filing Users in this case through the Notice of Electronic Filing in accordance with the Southern District of Texas' Administrative Procedures for Electronic Filing on January 27, 2017.

I further certify that on January 27, 2017, the attached document was Electronically Mailed pursuant to the parties agreement on electronic service.

> David Fink
> FINK & JOHNSON
> 7519 Apache Plume
> Houston, TX 77071
> Email:  texascowboys6@gmail.com

/s/ *Wesley G. Lotz*