Vinay V. Joshi (Lead) (Calif. Bar No. 213487)
vjoshi@thepatentattorneys.com
Anthony S. Kim (Calif. Bar No. 225703)
akim@thepatentattorneys.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose, CA 95113
Telephone: (650) 618-6481
Facsimile: (216) 696-8731

Counsel for Defendant
ASUS Computer International

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES B. GOODMAN, <br><br> Plaintiff, <br><br> v. <br><br> ASUS COMPUTER INTERNATIONAL, <br><br> Defendant. | Case No. 3:17-cv-05542-JD <br><br> **STATUS REPORT RE PENDING IPR** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Judge: Hon. James Donato |

The Court ordered the parties to file a joint status report concerning the status of pending *inter partes* review proceedings relating to patent-in-suit U.S. Patent No. 6,243,315 ("the '315 patent") before the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent and Trademark Office.[1] (Dkt. 67.)

There are two pending IPRs proceedings relating to the '315 patent. Originally, there were three; however, the PTAB has combined the Petition from Samsung Electronics America, Inc. ("Samsung") with the Petition from ASUS Computer International  The status of the two IPR proceedings are as follows:

---

[1] Counsel for ASUS Computer International tried, but was unable to establish contact with counsel for Mr. Goodman prior to filing.

1.     *HP Inc. v. James B. Goodman*, IPR2017-01994:  On March 9, 2018, the PTAB instituted *inter partes* review, concluding tentatively that there is a reasonable likelihood that claims 1, 5, 10, and 16 of the '315 patent are unpatentable, but has not made a final decision.  Mr. Goodman has filed an Opposition Brief, to which Petitioner HP Inc. has filed a Reply.  Oral arguments are tentatively scheduled for November 16, 2018.

2.     *Samsung Electronics America, Inc. and ASUS Computer International, Inc. v James B. Goodman*, IPR2017-02021:  On March 9, 2018, the PTAB instituted *inter partes* review, concluding  tentatively that there is a reasonable likelihood that claims 1-20 (all claims) of the '31t patent are unpatentable, but has not made a final decision.  Mr. Goodman has a filed an Opposition Brief, to which Petitioner Samsung has filed a Reply.  Oral arguments are tentatively scheduled for November 16, 2018.

Dated:  September 12, 2018                              Respectfully submitted,

                                                                         */s/ Vinay V. Joshi*
                                                                         Vinay V. Joshi
                                                                         vjoshi@thepatentattorneys.com
                                                                         Anthony S. Kim
                                                                         akim@thepatentattorneys.com
                                                                         Amin Turocy & Watson LLP
                                                                         160 West Santa Clara Street
                                                                         Suite 975
                                                                         San Jose CA 95113
                                                                         Telephone: (650) 618-6481
                                                                         Facsimile:  (216) 696-8731

                                                                         ***Attorneys for Defendant***
                                                                         ***ASUS Computer International***

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on this 12th day of September, 2018, with a copy of this email via the Court's CM/ECF system per Local Rule CV-5-1(h)(1).

*/s/ Vinay V. Joshi*
Vinay V. Joshi